IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

KENNETH HUGHES                                                                              PLAINTIFF

VS.                                                          CIVIL ACTION NO. 1:14CV148-SA-DAS

COLUMBUS MUNICIPAL SCHOOL
DISTRICT, COLUMBUS, MISSISSIPPI                                                    DEFENDANT

**AGREED ORDER OF DISMISSAL WITH PREJUDICE**

Upon motion of the parties, the Court is advised that the insurer for the Columbus Municipal School District, and Kenneth Hughes, have compromised and settled this case and, for that reason, any and all claims by or on behalf of Kenneth Hughes in this action against the Columbus Municipal School District, are hereby dismissed with prejudice with each party to bear their own costs.

SO ORDERED, this the 30th day of April, 2015.

/s/ Sharion Aycock
U.S. DISTRICT JUDGE

The Following Agree to Entry
of the Above and Foregoing Order:

s/ Dennis L. Horn
Attorney for Plaintiff

s/Berkley N. Huskison
Attorney for Defendant

882991